# Health Benefits of Strength Training

## Certificate of Completion

Healthy Aging

Taught by Dr. Kristin R. Hofer, DPT, PhD





Miguel Lopez
Participant Name and Signature

KMHoferDPT 6/2/24
Instructor Signature/Date

**EXHIBIT A**
**PAGE 1**

# Diabetes Type II



## Certificate of Completion

Living With Chronic Conditions

Taught by Dr. Kristin R. Hofer, DPT, PhD

_Miguel Lopez_
Participant Name and Signature

_KRHofer DPT 7-17-24_
Instructor Signature/Date

# Low Back Pain

## Living With Chronic Conditions

### Certificate of Completion

Taught by Dr. Kristin R. Hofer, DPT, PhD



_____
Participant Name and Signature
Miguel Lopez

_____
Instructor Signature/Date
KMHofer DPT 8-19-24

**EXHIBIT A**
**PAGE 3**

# Health and Wellness Throughout the Lifespan



# Sexually Transmitted Infections (STIs)

## Certificate of Completion

Taught by Dr. Kristin R. Hofer, DPT, PhD

Miguel Lopez
_____
Participant Name and Signature

KMHofer DPT  5-31-24
_____
Instructor Signature/Date

**EXHIBIT A**
**PAGE 4**