October 23, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Tom Foley and I'm the facility manager at Marmon Food Service in Carol Stream, IL. I met Miguel Lopez at our facility in Glendale Heights and hired him onto the maintenance team in 2019. He reported to me as a technician until he left the business as a result of the charges that were brought against him. I can honestly say that no one was more surprised than me about the events that took place during that time. I knew Miguel to be the top employee on my team and he performed well. For that I feel a sense of loyalty to say the least. When the pandemic hit, and we were closing down the facility in Glendale Heights Miguel was left to take care of things at the Carol Stream facility on his own. He managed everything flawlessly and I never felt uncomfortable with him in that role. And while he never held a leadership position, he was certainly capable and in consideration for that before he left the business. There was nothing that he couldn't handle, and if he didn't know it, he would learn it. The reason I'm saying this is because even though he's been convicted of a crime I firmly believe that Miguel can still have a productive and positive life. I say this because this is the person that I knew and who he is. There's no doubt Miguel regrets what he did because I know he was trying to build a life and have a family. We talked about it many times over the years I knew him. I respectfully ask that this be taken into consideration during his sentencing. Thank You.

Sincerely,

Tom Foley

**EXHIBIT B**
**PAGE 1**

October 14, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:     Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Josefina Lopez and I work as a day laborer at Cintas in Schaumburg, IL. I am Miguel's mother and have watched him grow up into the young man he is today. I have attended all of his court appearances and am aware of the trouble he has gotten himself into. I know that Miguel has committed a big error but he is such a good person. I feel a big hole, not only in my heart but in my life. Miguel is the one who takes me to Doctor appointments. He helps me keep my medicine in order and takes me on any errands I may need to do. Not only is he there for me to help me keep things in order, but if needed, he helps me out financially. Without him around, things have been much more difficult. I really hope you can consider a lower sentence because not only is he needed here but he has grown up and keeps changing for the better. He knows that this was wrong and has shown that he wants to make a better life for himself. I am here for him and am ready to help in any way necessary.

Thank you for your time,

Sincerely,

*Josefina Lopez*

Josefina Lopez

Streamwood, IL 60107

**EXHIBIT B**
**PAGE 2**

October 14, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Jesus Lopez and I work as a roofer for Gabriel's Roofing in Streamwood, IL. Miguel is my son and I have followed his case closely. I know what Miguel has done and I wanted to let you know he has my full support. Miguel is a good person and deserves every opportunity he can get. He made his mistake and I know he has to pay for what he has done, but I hope you can be lenient as he is a big support at home and is sorely missed. Miguel has always been there for the family. My job is inconsistent and I know that I can depend on him when the hours at work are low. Miguel helps us with the bills if needed but he also helps around the house. Anything needed, whether it be monetary or work around the house. Miguel's absence has created a big hole and I hope he can come home soon. I know a letter isn't enough to show my son's character, but from what I have seen, he has grown into a good man and always has room in his heart to help whoever is in need. I hope this letter helps you understand the person Miguel is and ask that you take what I say into consideration when considering his sentence.

Thank you for your time!

Sincerely,

*Jesus Lopez*

Jesus Lopez

Streamwood, IL 60107

**EXHIBIT B**
**PAGE 3**

October 15, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Gabriel Lopez and I work in the kitchen at a retirement home. Miguel is my brother and he has my full confidence. He is a good person and I hope my letter will help you decide this for yourself. I know that whenever I need to, I can count on Miguel, no matter what the situation. I went to visit some friends in WI and had a great time, unfortunately, my friends left without me. I had no idea what to do. I called my parents and both were at work so they could not come get me. I then called my brother and without hesitation, he came. I was a couple hours away and he did not think twice, he came right away. I know Miguel has made errors in his life but I also know everyone does. He is trying to be a good man for his family, and I see that in him everyday. I hope that you can see Miguel for who he is and not the mistakes he has made in the past. I ask that you please consider giving him a lower sentence because if anyone deserves a chance, it is him.

Thank you for your time.

Sincerely,

*Gabriel Lopez*

Gabriel Lopez
███████
Streamwood, IL 60107

**EXHIBIT B**
**PAGE 4**

October 14, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Josefina Gomez de Silva and I am Miguel's aunt and have known him all of his life. I have been following the court case closely and know he has committed an error but I am here for him and support him fully. In the time I have seen him grow up, I have noticed that Miguel is someone who cares for others and always worries about their well being. I do not personally have children but Miguel has always been there for me, and I always knew I could depend on him fully. In the time I have been here, Miguel has taken me to all of my appointments and always helped me get any medications I needed. If I wanted to go to the store, just to look at things, Miguel would not hesitate to take me. I have grown very dependent on him and the help he provides and greatly feel his absence. I am writing you this letter in the hopes that you will consider giving Miguel a lower sentence. I know he has committed a great error but I also know he is aware of his mistakes and has been trying to steer his life in a positive direction. I am confident he will not commit the same mistakes he has committed in the past if he is allowed the chance to prove himself. I am here for Miguel and always will be.

Sincerely,

*Josefina Gomez de Silva*
Josefina Gomez de Silva
▮▮▮▮▮▮▮▮
60107

**EXHIBIT B**
**PAGE 5**

October 14, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:  Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Jesus Gomez and I am a Title/Escrow Manager at United Settlement Services in Lincolnwood, IL. I am Miguel's cousin and have known him for most of his life. I know that Miguel has made mistakes in the past but I know he is a great person. When I moved from Colorado to Illinois, he was someone who accepted me with open arms and was always there for me regardless of what was needed. I was able to spend time with him and we became really close more recently. I know that no matter what it is, I could turn to Miguel and he would do anything in his power to help me out. This applies not only to family but also to anyone that came to know him. Miguel has one of the biggest hearts I have ever known and was always helping someone in whatever way he could. I hope that you can take this into account during sentencing and give him a lower sentence as he knows what is right and wrong. Miguel knows that everyone makes mistakes and I know he has been trying to change for the better, for a while now. The whole family stands by him and we will all be here to help him in any way necessary.

Thank you for your patience and time,

Sincerely,

Jesus Gomez
███████████
███████████████
Carol Stream, IL 60189

October 14, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:     Letter in Support of Miguel Lopez

Dear Judge Tharp,

My name is Jovanni Sandoval and Miguel Lopez is my uncle. I have known Miguel for my whole life and know he is a good man. I have been following Miguel's case closely, knowing of the errors he made in his life but I wanted to show my support for him no matter the issue. I know my uncle is a good man because he has always been there for me, when needed. No matter the issue, all I would have to do is call him up, and he would come to me at a moment's notice. I remember when I was going to school, I was nervous on my first day, but he walked me to school, talked to me and helped me get over my nerves. He explained things to me in a way I understood and I still use his words of advice anytime I get nervous or anxious. Recently, I was in dire need of a new car as I moved from my home and it was extremely far from my job. Miguel helped me look for a car, went with me to make sure it was in good condition, and helped me get it plated and insured. I write to ask you to please give Miguel a second chance and provide a lower sentence. I know Miguel is a good person and only needs the chance to prove it.

Sincerely,

*Jovanni Sandoval*

Jovanni Sandoval

Streamwood, IL 60107

**EXHIBIT B**
**PAGE 7**

October 8th, 2024

The Honorable John J. Tharp Jr.
United States District Court Judge
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Re: Letter in Support of Miguel Lopez**

Dear Judge Tharp,

My name is Lesley Nunez, and I am a Planner/Router at Fujifilm in Hanover Park, IL. Miguel Lopez is my ex-fiancé and I have known him for 6 years. I have followed the case and had the opportunity to be his support during the trial, and I know that Miguel might have done something wrong, but he is a good person and I still support him. He is the type of person who is always putting other people before himself and is willing to help anyone in need. He is someone who I am very thankful to have in my life. He has always been there for me even now that we aren't together. Miguel has always been a very responsible, hardworking, trustworthy, caring, and generous person. He was the first person who I would call if I needed help and I have never had any doubt that he would do anything for me and the rest of his family. Along with that, Miguel always took the role on helping me out on things that me as a woman is not capable of doing such as fixing my car. There a not enough words that could describe how much of a positive impact he has made in me and how much appreciation I have for him, I don't think there is anyone else who believes in me more than Miguel does. He gave me the confidence to believe than I can accomplish anything I want. I have been a person who has struggle with anxiety and luckily, I was able to have Miguel by my side to help me emotionally when I had my down moments and he made sure I was okay, it really helped me through those difficult times in my life. I hope that you consider a lower sentence for Miguel because we are all human and we all make mistakes, I believe that we all deserve another chance to improve ourselves and I am sure that with all of this he learned his lesson and will change for the better as he always has. His family and I will help him get through this.

Thank you for your time.

Sincerely,

Lesley Nunez